IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO.: 18-80440-CRJ-7 |
| RUSTY LEE GREENWELL, ) | |
| SSN: xxx-xx-4426 ) | |
| ) | |
| ANGEL LEIGH GREENWELL, ) | |
| SSN: xxx-xx-1112 ) | CHAPTER 7 |
| ) | |
| Debtors. ) | |
| ) | |
| ANGEL LEIGH GREENWELL ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | AP NO.:  19-_____ |
| ) | |
| HARLEY-DAVIDSON FINANCIAL SERVICES, ) | |
| HARLEY-DAVIDSON CREDIT ) | |
| CORPORATION, and ) | |
| HARLEY-DAVIDSON, INC. ) | |
| ) | |
| Defendants. ) | |

## **COMPLAINT FOR VIOLATION OF THE DISCHARGE ORDDER**

COMES NOW the Debtor in the above-styled Chapter 7 case, ANGEL LEIGH GREENWELL, and shows unto this Honorable Court the following:

1. The Debtor filed a voluntary petition under 11 U.S.C. Chapter 13 on February 14, 2018, which was subsequently converted to a Chapter 7 Bankruptcy on February 27, 2018. She received her Bankruptcy Discharge on May 22, 2018. The Court has jurisdiction of this adversary proceeding pursuant to 28 U.S.C. §1334. Venue is proper under 28 U.S.C. §1408.

2. This is a core proceeding pursuant to 28 U.S.C. Section 157(b)(2)(A) in that it concerns administration of the estate.

3. By information and belief, HARLEY-DAVIDSON CREDIT CORPORATION is a subsidiary of HARLEY-DAVIDSON FINANCIAL SERVICES, which is a subsidiary of HARLEY-DAVIDSON, INC.

4. The Defendant, HARLEY-DAVIDSON CREDIT CORPORATION, was a listed Creditor in the Bankruptcy filed by the Debtor, ANGEL LEIGH GREENWELL. The Defendant, HARLEY-DAVIDSON CREDIT CORPORATION, filed a Proof of Claim in the Debtor's Chapter 13 Bankruptcy before it was converted to a Chapter 7 Bankruptcy, and therefore, the Defendant has clear knowledge of the Debtor's Bankruptcy. No reaffirmation agreement was reached between the Plaintiff and Defendants.

5. After the Discharge was entered, the Defendants repossessed the 2014 Harley-Davidson FLSTC Heritage Softail Classic, which was the collateral attached to the aforementioned debt. Subsequently, the Plaintiff, ANGEL LEIGH GREENWELL, received a demand letter from the Defendant, HARLEY-DAVIDSON FINANCIAL SERVICES, on behalf of the other Defendant, HARLEY-DAVIDSON CREDIT CORPORATION. The Letter, dated February 25, 2019, demands payment in the amount of $12,629.35, and is attached as Exhibit "A".

6. The Defendants are in willful violation of the Discharge Order entered in this case. Plaintiff has suffered emotional distress and mental anguish and requests an award of her actual damages, attorney fees, and costs in bringing this action.

WHEREFORE, THE FOREGOING PREMISES CONSIDERED, the Plaintiff demands Judgment against the Defendants for actual and punitive damages and attorney fees for the Defendants' willful violation of the Discharge Order. Plaintiff prays for such other, further and different relief as unto your Honor may seem just and proper in the premises.

/s/ Brandon N. Smith
BRANDON N. SMITH
Attorney for Plaintiff
DEZENBERG & SMITH, PC
908-C North Memorial Parkway
Huntsville, Alabama 35801
Phone: (256) 533-5097

**SERVICE:**

Harley-Davidson Credit Corp
PO Box 9013
Addison, TX 75001

Harley-Davidson Financial Services
Dept 15129
Palatine, IL 60055-5129

Harley-Davidson, Inc.
3700 W. Juneau Ave
Milwaukee, WI 53208

 **Harley-Davidson Financial Services**

Dept. 15129  
Palatine, IL 60055-5129

TEL (888) 893-7811  
FAX (775) 886-3054  
www.myhdfs.com

February 25, 2019

10/12/18 10:12 AM 3  0001043 20190226 OB7RW101 HDFS 1 oz DOM OB7RW10000* 155315 F1

ANGEL L GREENWELL  
90 GLENGARRY DR  
LACEYS SPRING AL 35754-4152



*The motorcycle was picked up by repo company Feb 20, 2019. (Wednesday)*



EXHIBIT A

RE: Account #20160325656700  
2014 HARLEY-DAVIDSON FLSTC HERITAGE SOFTAIL CLASSIC  
Charge-off Balance: $12,629.35

Dear Angel Greenwell,

Our records indicate that your account with Harley-Davidson Credit Corp. (HDCC) has been charged off due to severe delinquency.

This letter shall serve as a demand for payoff in the amount of $12,629.35 or surrender of the collateral to our agent upon receipt of this letter. If we do not receive the payoff or the collateral, HDCC will consider all available remedies under the law, including repossession.

Regards,

Harley-Davidson Financial Services



RECCODEM  
(REC 01.00) CO Demand